```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                             CRIMINAL ACTION NO. 2:12-00170

**VERNON PETERS, III**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On June 30, 2020, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Vernon Peters, III, appeared in person and by his counsel, Gerald M. Titus, III, for a hearing on the petition on supervised release and amendments thereto submitted by United States Probation Officer Amy Berry-Richmond.  The defendant commenced a thirty-month term of supervised release in this action on October 16, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 23, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed the state offense of unlawful assault on March 26, 2018, as evidenced by his plea of guilty and his sentencing to a term of one to five years in the Circuit Court of Raleigh County, West Virginia, on November 27, 2018; and (2) the defendant committed a state offense when he was found in possession of 52 marijuana plants at his residence on or about March 27, 2018; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **FIFTEEN (15) MONTHS**, with no further term of supervised release imposed.

The court makes the recommendation to the Bureau of Prisons that drug and alcohol treatment be made available to the defendant.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 1, 2020

John T. Copenhaver, Jr.
Senior United States District Judge